```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 09172
   JEFFERY V FERRELL
   LATONYA FERRELL                              CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
   SSN XXX-XX-0329      SSN XXX-XX-0216

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/15/2008 and was not confirmed.

     The case was dismissed without confirmation 08/20/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
--------------------------------------------------------------------------------
CITY OF CHICAGO WATER DE  SECURED              725.00           .00           .00
COOK COUNTY TREASURER     SECURED             3262.00           .00           .00
HOME LOAN SERVICES INC    CURRENT MORTG           .00           .00           .00
HOME LOAN SERVICES INC    MORTGAGE ARRE          .00           .00           .00
HOME LOAN SERVICES INC    CURRENT MORTG          .00           .00           .00
HOME LOAN SERVICES INC    MORTGAGE ARRE          .00           .00           .00
GE MONEY BANK             UNSECURED         NOT FILED           .00           .00
AMERICREDIT FINANCIAL SV  UNSECURED          16322.96           .00           .00
BILL WHITE                UNSECURED         NOT FILED           .00           .00
CASH TRANSFER CENTERS     UNSECURED         NOT FILED           .00           .00
CITIBANK NA               UNSECURED         NOT FILED           .00           .00
CITIBANK                  UNSECURED         NOT FILED           .00           .00
WOW INTERNET CABLE SERVI  UNSECURED         NOT FILED           .00           .00
COMMONWEALTH EDISON       UNSECURED           1035.51           .00           .00
COOK COUNTY STATES ATTOR  UNSECURED         NOT FILED           .00           .00
COOK COUNTY STATES ATTOR  UNSECURED         NOT FILED           .00           .00
COMCAST                   UNSECURED         NOT FILED           .00           .00
WASHINGTON MUTUAL         UNSECURED         NOT FILED           .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED           1801.16           .00           .00
IMAGINE/FBOFD             UNSECURED         NOT FILED           .00           .00
JAMES & CARENNEA FERRELL  UNSECURED         NOT FILED           .00           .00
JAMES ORRINGTON DDS       UNSECURED         NOT FILED           .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED           2455.48           .00           .00
TCF BANK                  UNSECURED         NOT FILED           .00           .00
CITY OF CHICAGO HEIGHTS   UNSECURED            150.00           .00           .00
ISAC                      UNSECURED              .00            .00           .00
T-MOBILE USA              UNSECURED            681.81           .00           .00
PAYDAY LOAN SERVICE       UNSECURED         NOT FILED           .00           .00
TRNTY ST LNS              UNSECURED         NOT FILED           .00           .00
T-MOBILE USA              UNSECURED             57.04           .00           .00
HOME LOANS SERVICES INC   NOTICE ONLY       NOT FILED           .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY        2,841.50                     1,518.00
TOM VAUGHN                TRUSTEE                                           132.00
DEBTOR REFUND             REFUND                                              .00


                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 09172 JEFFERY V FERRELL & LATONYA FERRELL
```

Summary of Receipts and Disbursements:

```
-------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  1,650.00

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                                .00
ADMINISTRATIVE                                      1,518.00
TRUSTEE COMPENSATION                                  132.00
DEBTOR REFUND                                            .00
                       ---------------       ---------------
TOTALS                    1,650.00               1,650.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 11/20/08            _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 08 B 09172 JEFFERY V FERRELL & LATONYA FERRELL